FILED

10/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0623



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0623

**BRANDON KALE BAGNELL,**

      **Petitioner,**

v.

**DEMETRIC GODFREY, Warden,**
**Crossroads Correctional Center,**

      **Respondent.**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED October 21, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court